420983

# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-1788 PAM/SRN **Case Title:** Fleet vs. Sun Country Airlines

**Affidavit of Movant**

I, Gary Hansen, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Michael H. Moirano, an attorney admitted to practice in the Northern District of Illinois, but not admitted to the bar of this court, who will be counsel for the (X)plaintiff ( )defendant Fleet Business Credit LLC in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

Signature: [signature] MN Attorney License #: 40617 Date: October 22, 2001

**Affidavit of Proposed Admittee**

I, Michael H. Moirano, am currently a member in good standing of the U.S. District Court for the Northern District of Illinois, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Type/Print Name: Michael H. Moirano Signature: [signature] Date: 10/19/10

Attorney License Number: 3125367

Law Firm Name & Address: Nisen & Elliott

200 W. Adams St., Suite 2500

Chicago, Illinois 60606

Telephone: (312) 346-7800

Motion Granted: Richard D. Sletten, [signature]
For the Court: Richard D. Sletten, Clerk Date:

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED OCT 26 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________