**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Fleet Business Credit Corporation,

Plaintiff,

v.

Sun Country Airlines, Inc.,

Defendant.

Court File No.: 01-1788 (PAM/SRN)

**ORDER GRANTING LEAVE TO WITHDRAW**

---

Based upon the motion of attorneys Thomas R. Weiler and Anne M. O'Brien of the law firm of Norton, Mancini, Weiler & DeAno filed in this matter, and all of the files, records and proceedings herein, including arguments of counsel,

**IT IS HEREBY ORDERED** that attorneys Thomas R. Weiler and Anne M. O'Brien of the law firm of Norton, Mancini, Weiler & DeAno are granted leave to withdraw as counsel for defendant Sun Country Airlines, Inc. in the above-entitled matter.

Date: November 27, 2001

**BY THE COURT:**

Susan Richard Nelson

**United States Magistrate Judge**

NOV 27 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK