UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Fleet Business Credit Corp.

Plaintiff,

v.

Sun Country Airlines, Inc.

Defendant.

CIVIL 01-1788 PAM/SRN

**ORDER OF DISMISSAL**

---

It appearing that proceedings in the above matter having been stayed pending the disposition of the defendant's bankruptcy proceedings in another court,

**IT IS ORDERED** that, the Clerk of Court administratively terminate the action in his records, without prejudice to the right of the parties to move to reopen the proceedings for good cause shown for entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.

DATED: January 15, 2002

**PAUL A. MAGNUSON,** Judge
United States District Court

JAN 16 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK